JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **CV 15-3778-JFW (PJWx)** | Date: March 30, 2016 |
| Title: | A. S., et al. -v- West Covina Unified School District, et al. | |

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **Shannon Reilly** | **None Present** |
| **Courtroom Deputy** | **Court Reporter** |

| | |
|---|---|
| **ATTORNEYS PRESENT FOR PLAINTIFFS:** | **ATTORNEYS PRESENT FOR DEFENDANTS:** |
| None | None |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER OF DISMISSAL**

    In the Stipulation to Continue Dates Pursuant to Tentative Settlement filed on March 29, 2016, Dkt. No. 22, the parties represent that they have agreed on the essential terms of a settlement agreement subject to School Board approval.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before April 29, 2016.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until April 29, 2016.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

    IT IS SO ORDERED.

Initials of Deputy Clerk  sr

(Rev. 1/14/15)